UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BILL GILES MOTOR CO., INC., *et al.,*

    Plaintiffs,   **CV-N–04-0567-LRH (VPC)**

vs.

GENERAL MOTORS ACCEPTANCE CORPORATION,

    Defendant.
_____/

**STIPULATION EXTENDING TIME FOR GMAC TO RESPOND TO PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS; ORDER**
(First Request)

    Plaintiffs Bill Giles Motor Co., Inc. dba Bill Giles Chevrolet and William Giles and Giles (collectively, "Plaintiffs") and GMAC LLC fka General Motors Acceptance Corporation ("Defendant"), by and through their respective undersigned counsel, stipulate and agree as follows:

    1.    Defendant shall have to and including Monday, April 21, 2008, to respond to the BILL GILES MOTOR CO., INC.'S MOTION TO DISMISS COUNTERCLAIMS filed by Plaintiffs

on March 14, 2008 (Dkt. #66).

    2.    This stipulation is the first request and no delay will be caused by the agreed upon extension of time.

/s/ Christopher D. Jaime
Christopher D. Jaime
Attorneys for GMAC

/s/ Sean J. McCaffity
Sean J. McCaffity
Attorneys for Giles Chevrolet, Inc.

/s/ Joseph M. Terry
Joseph M. Terry
Attorney for William and Linda Giles

**IT IS SO ORDERED:**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: March 27, 2008