UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BILL GILES MOTOR CO., INC.,<br>dba BILL GILES CHEVROLET, *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS ACCEPTANCE<br>CORPORATION,<br><br>　　　　Defendant.<br>_____/ | CV-N-04-0567-LRH-VPC<br><br>**STIPULATION DISMISSING COUNTER-**<br>**CLAIMS AND CONSENTING TO LEAVE**<br>**TO AMEND; ORDER** |

　　　　Plaintiff Bill Giles Motor Co., Inc. dba Bill Giles Chevrolet ("Giles Chevrolet") and GMAC LLC fka General Motors Acceptance Corporation ("Defendant") (collectively, "Parties"), by and through their respective undersigned counsel, hereby stipulate, and the Court orders, as follows:

　　　　WHEREAS the automatic stay of 11 U.S.C. § 362(a) in Giles Chevrolet's Chapter 11 Case pending before the United States Bankruptcy Court for the District of Nevada ("Nevada Bankruptcy Court") as Case No. BK-N-07-50574-gwz ("Giles Chevrolet Bankruptcy Case") was terminated on

J:\wpdata\CDJ\GMAC\_Giles Chevrolet\stip.dismiss.amend.v2.wpd　　　　　1

November 11, 2007, thereby allowing Defendant to assert counterclaims against Giles Chevrolet.

WHEREAS the automatic stay of 11 U.S.C. § 362(a) applicable in the Chapter 11 case filed by William Giles and Linda Giles also pending before the Nevada Bankruptcy Court as Case No. BK-N-08-50021-gwz has not been terminated and remains in effect.

WHEREAS on February 6, 2008, Defendant filed a Defendant GMAC's Answer and Counterclaim [Jury Demanded] ("Answer and Counterclaims") in which it asserted several counterclaims against Giles Chevrolet. (Dkt. #56).

WHEREAS on February 28, 2008, Giles Chevrolet's time to respond to the Answer and Counterclaims was extended to March 14, 2008. (Dkt. #62).

WHEREAS on March 14, 2008, Giles Chevrolet filed a Bill Giles Motor Co. Inc's Motion to Dismiss Counterclaims ("Motion") in which it moved for dismissal of the fraud counterclaim in the Third Claim for Relief, the negligent misrepresentation counterclaim claim in the Fourth Claim for Relief, the Nevada RICO counterclaim in the Sixth Claim for Relief and the Federal RICO counterclaim in the Seventh Claim for Relief of the Answer and Counterclaims. (Dkt. #66).

WHEREAS on March 28, 2008, Defendant's time to respond to the Motion was extended to April 21, 2008. (Dkt. #69).

WHEREAS on April 9, 2008, the Nevada Bankruptcy Court appointed Janet L. Chubb, Esq., as the Chapter 11 Trustee ("Trustee") in the Giles Chevrolet Bankruptcy Case.

WHEREAS, prior to the appointment of the Trustee, the Parties met and conferred regarding issues related to the Answer and Counterclaims and the Motion and, following their discussions, agreed as follows, with which the Trustee now concurs and consents:

J:\wpdata\CDJ\GMAC\_Giles Chevrolet\stip.dismiss.amend.v2.wpd      2

MAUPIN, COX & LeGOY
ATTORNEYS AT LAW
P.O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

1. The Nevada RICO counterclaim in the Sixth Claim for Relief and the Federal RICO counterclaim in the Seventh Claim for Relief of the Answer and Counterclaims shall be dismissed with prejudice.

2. Defendant shall be granted leave to amend the remaining counterclaims in the Answer and Counterclaims and shall file an amended Answer and Counterclaims within twenty (20) days of the date an order approving this stipulation is entered by the Court.

3. Giles Chevrolet reserves the right to move to dismiss any re-pleaded counterclaims assuming there is a basis for it to do so or to otherwise appropriately respond to an amended Answer and Counterclaims.

4. The Motion shall be denied as moot.

/s/ Christopher D. Jaime
Christopher D. Jaime
Attorneys for GMAC

/s/ Sean J. McCaffity
Sean J. McCaffity
Attorneys for Giles Chevrolet, Inc.

/s/ Janet L. Chubb
Janet L. Chubb
Chapter 11 Trustee

IT IS SO ORDERED:

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: April 18, 2008

J:\wpdata\CDJ\GMAC\_Giles Chevrolet\stip.dismiss.amend.v2.wpd